UNITED STATES of America, Plaintiff—Appellee,

v.

Thomas J. MACWILLIAMS, a/k/a Greg, a/k/a Corporal George, Defendant—Appellant.

**United States of America,
Plaintiff—Appellee,**

v.

**Thomas J. MacWilliams,
Greg, Corporal George,
Defendant—Appellant.**

Nos. 08–6025, 08–6027.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 28, 2008.

Thomas J. MacWilliams, Appellant Pro Se. Shawn Angus Morgan, Office of the United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas J. MacWilliams appeals the district court's order denying his motion to compel the release of evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. MacWilliams*, Nos. 1:06–cr–00059–IMK–JSK–1; 1:06–cr–00059–01–IMKJSK (N.D.W.Va. Nov. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*